### CURTIS BOLTON *et al.* agt. JAMES McCULLOUGH.

The same point decided in this case as in the preceding motion of *Little* agt. *Bigelow,* only there was *no* excuse offered in the affidavit for this motion, why the plaintiff did not make it.

*June Term,* 1846.
MOTION by plaintiff for reference.

In this cause the plaintiffs' attorney made the affidavit for the motion, and gave *no* excuse why it was not made by the party.

J. H. COLLIER, *plaintiffs' counsel.*
CHARLES ANTHONY, *plaintiffs' attorney.*
J. NEWLAND, *defendant's counsel.*
J. C. SMITH, *defendant's attorney.*

JEWETT, Justice. Denied the motion with costs, on the same ground as in the preceding case of *Little* agt. *Bigelow,* only in this case *no* excuse was offered why the plaintiff did not make the affidavit for the motion.